IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF GSAMP TRUST 2004-AR1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-AR1,

Appellant,

v.

ADELE LAFAYE; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER OR AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS; JODY R. GODWIN; WAYNE WHEATLEY; WELLS FARGO BANK, N.A.,

Appellee.
_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5471

Opinion filed December 9, 2016.

An appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

N. Mark New, II, William L. Grimsley of McGlinchey Stafford, Jacksonville, for Appellant.

Philip J. Padovano, Tracy S. Carlin, and Joseph T. Eagleton of Brannock & Humphries, Tampa; S. Thomas Peavey Hoffer of Matthews & Jones, LLP, Crestview, for Appellee.

PER CURIAM.

AFFIRMED.

WOLF, RAY, and MAKAR, JJ., CONCUR.